# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of July, two thousand and eighteen,

_____

| | |
|---|---|
| Residents and Families United to Save Our Adult Homes, New York State Health Facilities Association, New York State Center for Assisted Living, Kenneth Przyjemski, Walter Roberts, Hudson View Management Corp., DBA Palisade Gardens Home for Adults, Belle Harbor Manor, Elm York LLC, Kings Adult Care Center, LLC, Lakeside Manor Homes for Adults, Inc., Garden of Eden Home, LLC, DBA Garden of Eden Home, Mohegan Park Home for Adults, Gloria's Manor, LLC, DBA New Gloria's Manor, Home for Adults, New Haven Manor Home for Adults, LLC, New Monsey Park Home for Adults, New Rochelle Home for Adults, LLC, Parkview HFA, Inc., DBA Parkview Home for Adults, Elener Associates, LLC, DBA Riverdale Manor Home for Adults, Seaview Manor, LLC, Surfside Manor Home for Adults, LLC, The Eliot Management Group, LLC, DBA The Eliot at Erie Station, ALP, The Sanford Home, Wavecrest HFA, Inc., DBA Wavecrest Home for Adults, Woodland Village LLC, DBA Fawn Ridge Community, Empire State Association of Assisted Living, Dutchess Care, Harbor Terrace Adult Care and Assisted Living, Central Assisted Living, LLC, William Stanton, John Tory, Lucia Bennett, Lawrence Wong, Susan Osterhoudt-Burnett, | **ORDER**<br><br>Docket No(s).<br>18-874 (L),<br>18-1078 (Con) |

Plaintiffs - Appellants,

Adirondack Manor HFA, Joseph Simone,

Plaintiffs,

v.

Howard A. Zucker, M.D., New York State Department of Health, Ann Marie Sullivan, M.D., New York State Office of Mental Health,

Defendants - Appellees.
_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court